Certificate Number: 05781-PAW-DE-029368450

Bankruptcy Case Number: 17-10386



05781-PAW-DE-029368450

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2017, at 1:28 o'clock PM PDT, Bryn Claypoole completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    June 5, 2017                By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President