UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

IN RE:  ASHLEY PAUL CLAYPOOLE                       Chapter 13
BRYN KIRSTEN CLAYPOOLE                              Case Number: 17-10386

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, Spot Loan by American InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 04/24/2017, marked as claim number 1 on the court's claims register, for the account number ending in 4043, and in the amount of $464.53.

Dated: 09/15/2017

/s/ Ashley Boswell

Spot Loan by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 5895084Withdraw

4043