FILED
9/18/17 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

IN RE:    ASHLEY PAUL CLAYPOOLE
        BRYN KIRSTEN CLAYPOOLE

Chapter 13
Case Number: 17-10386
Related to Claim No. 1
Related to Document No. 30

### WITHDRAWAL OF PROOF OF CLAIM

Creditor, Spot Loan by American InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 04/24/2017, marked as claim number 1 on the court's claims register, for the account number ending in 4043, and in the amount of $464.53.

Dated: 09/15/2017

/s/ Ashley Boswell

Spot Loan by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 5895084Withdraw

4043

SO ORDERED
September 18, 2017

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10386-TPA
Ashley Paul Claypoole                                                 Chapter 13
Bryn Kirsten Claypoole
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1           Date Rcvd: Sep 18, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db/jdb         +Ashley Paul Claypoole,    Bryn Kirsten Claypoole,   104 Randall Avenue,   Girard, PA 16417-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2017 02:33:10
                Spot Loan by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
            James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
            Michael S. Jan Janin    on behalf of Debtor Ashley Paul Claypoole mjanjanin@quinnfirm.com,
             knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
             myers@quinnfirm.com
            Michael S. Jan Janin    on behalf of Joint Debtor Bryn Kirsten Claypoole mjanjanin@quinnfirm.com,
             knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
             myers@quinnfirm.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Thomas I. Puleo    on behalf of Creditor    LakeView Loan Servicing, LLC tpuleo@goldbecklaw.com,
             BKGroup@goldbecklaw.com
                                                                                              TOTAL: 6