

FILED
10/26/17 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Ashley Paul and Bryn Kirsten Claypoole
Case Number: 17-10386    Chapter: 13
Date / Time / Room: October 24, 2017 at 9:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*    #11 - Final Confirmation of Plan dated 4/19/17 (NFC)

### *Appearances:*

Debtor:    Jan Janin
Trustee:    Winnecour / (Bedford) / Katz / Pail
Creditor:    Tax withholding was to be reviewed due to 8,000+ tax refunds.

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  12-19-17  at  9:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
Objections are due on or before _____ .
A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Other: