## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| ASHLEY PAUL CLAYPOOLE and BRYN KRISTEN CLAYPOOLE, his wife, | : : | BANKRUPTCY NO. 17-10386TPA |
| Debtors | : | THE HON. THOMAS P. AGRESTI |
| | : | |
| ASHLEY PAUL CLAYPOOLE and BRYN KRISTEN CLAYPOOLE, his wife, | : : | CHAPTER 13 |
| Movants | : : | DATE AND TIME OF HEARING: Wednesday, March 7, 2018 at 9:30 a.m. |
| v. | : : | RESPONSES DUE: |
| ACCURIDE; GALLAGHER BASSETT SERVICES; AND RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | February 26, 2017 |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Michael S. Jan Janin, Esquire, the undersigned, certify that I served, or caused to be served, on February 7, 2018, a copy of the Motion to Approve Worker's Compensation Settlement and Notice of Hearing with Response Deadline, by electronic notification as shown below on the following:

**Service by First Class Mail**

Accuride
ATTENTION: Greg Dauer, Director of Operations
1015 East 12th Street, Suite 200
Erie, PA 16503
(CONFIDENTIAL)

Gallagher Bassett Service
1 Sterling Parkway, Suite 110
Mechanicsburg, PA 17050

John Draskovic, Esquire
McDonald Illig
100 State Street, Suite 700
Erie, PA 16507
Attorney for Gallagher Bassett Services

#1106507

**Service by Electronic Notification**
Ronda J. Winnecour, Esquire
Suite 2250
USX Tower
600 Grant Street
Pittsburgh, PA 15219

*Via the CM/ECF system*
*cmecf@chapter13trusteewdpa.com*

The parties listed on the attached Mailing Matrix were served via First Class Mail, Postage Pre-paid.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY
    & KROTO, INC.

    By:    */s/Michael S. JanJanin*
           Michael S. Jan Janin, Esq.
           Pa. I.D. No. 38880
           2222 West Grandview Boulevard
           Erie, PA 16506-4508
           Phone:  (814) 833-2222, Ext. 1045
           Phone:  (814) 314-1051 (Direct)
           Fax:  (814) 833-6753
           Email:  mjanjanin@quinnfirm.com
           Attorneys for Debtors

#1106507

```
Label Matrix for local noticing          Attorney General of Pennsylvania      BAC Home Loans
0315-1                                   6th Floor, Manor Complex              451 Seventh Street SW
Case 17-10386-TPA                        564 Forbes Avenue                     Washington, DC 20410-0001
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-2908
Erie
Thu Feb  1 11:16:44 EST 2018

Bank of America                          Bank of America                       Bank of America
101 South Tryon Street                   16001 North Dallas Parkway            1800 Tapo Canyon Road
Charlotte, NC 28255-0001                 Addison, TX 75001-3311                Simi Valley, CA 93063-6712


Bank of America                          Bank of America                       Ashley Paul Claypoole
2644 Mosside Blvd.                       P.O. Box 619003                       104 Randall Avenue
Suite 105                                Dallas, TX 75261-9003                 Girard, PA 16417-1121
Monroeville, PA 15146-3362


Bryn Kirsten Claypoole                   Convergent Outsourcing, Inc.          Core Logic
104 Randall Avenue                       800 SW 39th Street                    450 East Boundary Street
Girard, PA 16417-1121                    P.O. Box 9004                         Chapin, SC 29036-9417
                                         Renton, WA 98057-9004


Dept. of Labor & Industry-UC Overpayment Directv, LLC                          Elizabeth Dickey
Office of Chief Counsel, 10th Floor      by American InfoSource LP as agent    North Kingsville, OH 44068
Labor & Industry Bldg.                   PO Box 5008
651 Boas Street                          Carol Stream, IL  60197-5008
Harrisburg, PA 17121-0725


Enhanced Recovery Co.                    Erie County Adult Probation           Michael S. Jan Janin
8014 Bayberry Road                       Erie County Courthouse                Quinn Buseck Leemhuis Toohey & Kroto Inc
Jacksonville, FL 32256-7412              140 West Sixth Street                 2222 West Grandview Boulevard
                                         Erie, PA 16501-1011                   Erie, PA 16506-4508


(p)JEFFERSON CAPITAL SYSTEMS LLC         KML Law Group P.C.                    Lakeview Loan Servicing
PO BOX 7999                              Suite 5000-BNY Independence Center    475 Crosspoint Parkway
SAINT CLOUD MN 56302-7999                701 Market Street                     Getzville, NY 14068-1609
                                         Philadelphia, PA 19106-1538


Lakeview Loan Servicing LLC              Lakeview Loan Servicing, LLC          Lisa Deautsch
4425 Ponce DeLeon Blvd.                  C/O M&T Bank                          Erie, PA
Mail Shop MS5/251                        P.O. Box 840
Coral Gables, FL 33146-1837              Buffalo, NY 14240-0840


(p)M&T BANK                              M&T Bank Lending Services             Mortgage Electronic Registration
LEGAL DOCUMENT PROCESSING                Customer Support                      Systems, Inc.
1100 WHERLE DRIVE                        P.O. Box 1288                         P.O. Box 2026
WILLIAMSVILLE NY 14221-7748              Buffalo, NY 14240-1288                Flint, MI 48501-2026


National Fuel                            National Recovery Agency              Office of the United States Trustee
Attn: Legal Dept.                        2491 Paxton Street                    Liberty Center.
P.O. Box 2081                            Harrisburg, PA 17111-1036             1001 Liberty Avenue, Suite 970
Erie, PA 16512-2081                                                            Pittsburgh, PA 15222-3721
```

```
PRA Receivables Management, LLC        Pa. Dept. of Revenue                  Pennsylvania Department of Revenue
PO Box 41021                            Dept. 280946                          Bankruptcy Division PO Box 280946
Norfolk, VA 23541-1021                  Harrisburg, PA 17128-0946             Harrisburg, PA  17128-0946


Pennsylvania Dept. of Revenue           Thomas I. Puleo                       Spot Loan
Department 280946                       KML Law Group, P.C.                   by American InfoSource LP as agent
P.O. Box 280946                         701 Market Street                     4515 N Santa Fe Ave
ATTN: BANKRUPTCY DIVISION               Suite 5000                            Oklahoma City, OK 73118-7901
Harrisburg, PA 17128-0946               Philadelphia, PA 19106-1541


TEK-Collect Inc.                        UPMC Community Medicine               James Warmbrodt
871 Park Street                         PO Box 1123                           KML Law Group, P.C.
Columbus, OH 43215-1441                 Minneapolis, MN 55440-1123            701 Market Street
                                                                              Suite 5000
                                                                              Philadelphia, PA 19106-1541


WebBank/Fingerhut                       Ronda J. Winnecour
6250 Ridgewood Road                     Suite 3250, USX Tower
St. Cloud, MN 56303-0820                600 Grant Street
                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital System                (d)Jefferson Capital Systems LLC      M&T Bank
16 Mcleland Road                        Po Box 7999                           P.O. Box 62182
St. Cloud, MN 56303                     Saint Cloud Mn 56302-9617             Baltimore, MD 21264-2182
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LakeView Loan Servicing, LLC         (d)PRA Receivables Management, LLC    (d)Spot Loan by American InfoSource LP as age
                                        PO Box 41021                          4515 N Santa Fe Ave
                                        Norfolk, VA 23541-1021                Oklahoma City, OK 73118-7901
```

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43