**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/12/2018

IN RE:

ASHLEY PAUL CLAYPOOLE
BRYN KIRSTEN CLAYPOOLE
104 RANDALL AVENUE
GIRARD, PA 16417
XXX-XX-8160          Debtor(s)

XXX-XX-4637

Case No. 17-10386 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/12/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | CRED DESC / ACCOUNT | Claim / Comment |
|---|---|---|---|
| **ORION**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PENELEC/PRAE |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: M AND T BANK/PRAE |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OVE**<br>OFFICE OF UC BENEFITS POLICY<br>UI PAYMENT SERVICES<br>PO BOX 67503<br>HARRISBURG, PA  17106-9894 | Trustee Claim Number:3   INT %: 9.00%<br>Court Claim Number:8 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8160 | CLAIM: 3,744.80<br>COMMENT: CL8GOVS@9%/CONF*4,544.10/PL@0%/PL*4%/CL FACE*DKT |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:3-2 | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 9882 | CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*623.65/PL*BGN 5/17*AMD |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3826 | CLAIM: 0.00<br>COMMENT: 960.36@0%/PL*SEC=$0/CL*10/SCH* |
| **COMM OF PA-OFFICE OF ATTY GENL**<br>ATTN: R. EDMUNDSON, ESQ.<br>564 FORBES 4TH FL-FINCL ENFORC<br>PITTSBURGH, PA  15219 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **BAC HOME LOAN SERVICING LP**<br>7105 CORPORATE DR<br>PLANO, TX  75024 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **BANK OF AMERICA(*)**<br>7105 CORPORATE DR<br>PLANO, TX  75024 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CORE LOGIC**<br>1 CORE LOGIC DR<br>WESTLAKE, TX  76262 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC**<br>4425 PONCE DE LEON BLVD<br><br>CORAL GABLES, FL 33146 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T MORTGAGE CORP*/M&T BANK**<br>ATTN: PAYMENT PROCESSING DEPT<br>POB 1288*<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MORTGAGE ELECTRONIC REGISTRATION SYST**<br>PO BOX 2026<br><br>FLINT, MI 48501-2026 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DOMESTIC RELATIONS OBLIGATION**<br>RECIPIENT | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **ERIE COUNTY ADULT PROBATION**<br>ERIE COUNTY COURTHOUSE<br>140 WEST 6TH ST ROOM 103A<br>ERIE, PA 16501 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 9,000.00<br>COMMENT: $PL*98~FINE/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **DOMESTIC RELATIONS OBLIGATION**<br>RECIPIENT | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br><br>RENTON, WA 98057 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3633 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3944 |
| **NATIONAL RECOVERY AGENCY GROUP***<br>POB 67015<br><br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3591 |
| **NATIONAL RECOVERY AGENCY GROUP***<br>POB 67015<br><br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3595 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **TEK COLLECT**<br>POB 1269<br>COLUMBUS, OH  43216 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  763 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM:  233.78<br>COMMENT:  BLUESTEM BRANDS*NO ACCT/SCH*WEBBANK-FINGERHUT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4328 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN INFOSOURCE LP AGENT FOR SPOT**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM:  0.00<br>COMMENT:  NT/SCH*$464.53~W/DRWN@DOC 30 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4043 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM:  816.15<br>COMMENT:  CL2GOVS*NO PRI/SCH-PL*X3826 4801 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3826 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM:  148.87<br>COMMENT:  X3826 4801*NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3826 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM:  14,479.91<br>COMMENT:  CL3-2GOVS*7596/PL*THRU 4/17*AMD | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  9882 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM:  1,150.00<br>COMMENT:  NT/PL*NTC POSTPET FEE/EXP*REF CL*W/27 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  9882 |
| **NATIONAL FUEL GAS DISTRIB CORP**<br>POB 2081<br>ERIE, PA  16512 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  3,440.60<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0509 |
| **UPMC COMMUNITY MEDICINE**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM:  585.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8160 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 412.80<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1715 |
| **DSO Receipient** | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N ID 243182 | | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **DSO Receipient** | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N ID 243183 | | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |

CLAIM RECORDS
Case 17-10386-TPA    Doc 46    Filed 02/12/18    Entered 02/12/18 14:58:26    Desc
Page 6 of 6