## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** : | |
| : | |
| ASHLEY PAUL CLAYPOOLE and BRYN : | BANKRUPTCY NO. 17-10386TPA |
| KRISTEN CLAYPOOLE, his wife, : | |
|    Debtors : | THE HON. THOMAS P. AGRESTI |
| : | |
| ASHLEY PAUL CLAYPOOLE and BRYN : | CHAPTER 13 |
| KRISTEN CLAYPOOLE, his wife, : | |
|    Movants : | RELATED TO DOCUMENT NO. _____ |
| : | |
|       v. : | |
| : | |
| ACCURIDE; GALLAGHER BASSETT : | |
| SERVICES; AND RONDA J. WINNECOUR, : | |
| ESQUIRE, CHAPTER 13 TRUSTEE, : | |
|    Respondents : | |

## **CONSENT ORDER**

AND NOW, to-wit this ___ day of _____, 2018, upon consideration of the Motion to Approve Workers Compensation Settlement filed by the Debtors, Ashley Paul Claypoole and Bryn Kristen Claypoole, his wife, and upon consent of counsel for the Debtors and the Chapter 13 Trustee, it is hereby ORDER, ADJUDGED and DECREED that the Motion is APPROVED.

It is further ORDERED that Bassett Services shall pay $37,000.00 to the Chapter 13 Trustee which shall include the following distributions:

1. The pre-petition arrearages owed to Lakeview Loan Servicing, LLC (Proof of Claim #3) on the mortgage in the amount of $14,479.91.

2. The secured claim of the Commonwealth of Pennsylvania, Department of Labor and Industry (Proof of Claim #8) in the amount of $3,744.80.

3. The priority claim of the Commonwealth of Pennsylvania, Department of Revenue (Proof of Claim #2) in the amount of $816.15.

4. The claim of Erie County Adult Probation (no claim filed) in the amount of $9,500.00.

#1106507

5. The general, unsecured claim filed by National Fuel (Proof of Claim #4) in the amount of $3,440.60.

6. The general, unsecured Proof of Claim filed by Jefferson Capital Systems, LLC (Proof of Claim #5) in the amount of $233.78.

7. The general, unsecured Proof of Claim filed by UPMC Community Medicine (Proof of Claim #6) in the amount of $585.00.

8. The general, unsecured Proof of Claim filed by Direct TV, LLC (Proof of Claim #7) in the amount of $412.80.

9. The general, unsecured Proof of Claim filed by the Commonwealth of Pennsylvania, Department of Revenue (Proof of Claim #2) in the amount of $148.87.

10. The amount of $1,500.00 payable to Michael S. Jan Janin, Esquire and the Quinn Law Firm in connection with the balance due for the "no look fee".

11. The amount of $1,500.00 payable to Michael S. Jan Janin, Esquire and the Quinn Law Firm as reasonable compensation in connection with this Motion to Approve Settlement.

12. The Chapter 13 Trustee's fee in the amount of $1,603.00.

13. Bassett Services shall send a certified check to the Chapter 13 Trustee in the amount of $37,000.00 to the following address:

> Ronda J. Winnecour, Esquire
> P.O. Box 84051
> Chicago, IL 60689-4002

14. The Chapter 13 Trustee shall pay the long term continuing debts through March, 2018.

15. After the Chapter 13 Trustee's office performs an audit, the Debtor agrees to pay additional amounts as necessary in order to complete the Chapter 13 Plan. Any surplus over and above the amount set forth above shall be refunded to the Debtor.

16. The balance of the funds estimated to be in the amount of $138,023.84 shall be paid directly to the Debtor, Ashley Paul Claypoole by Gallagher Bassett Services pursuant to his exemption under 11 U.S.C. §522(d)(11)(E).

17. The Chapter 13 Trustee shall file a Motion to Dismiss 60 days after making the disbursements set forth above.

18. The hearing that had been scheduled for Wednesday, March 7, 2018 at 9:30 a.m. is cancelled.

_____
Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1106507

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

By: /s/Michael S. JanJanin

Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone: (814) 833-2222, Ext. 1045
Phone: (814) 314-1051 (Direct)
Fax: (814) 833-6753
Email: mjanjanin@quinnfirm.com
Attorneys for Debtors, Ashley Paul Claypoole and
Bryn Kristen Claypoole, his wife


THE OFFICE OF THE CHAPTER 13 TRUSTEE


By: /s/Jana Pail

Jana Pail, Esquire
Suite 3250
USX Tower
600 Grant Street
Pittsburgh, PA 15219
Phone: (412)471-5566 Ext. 3143
*Email: [jpail@chapter13trusteewdpa.com](mailto:jpail@chapter13trusteewdpa.com)*

#1106507