FILED
2/20/18 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | : |
| | : |
| ASHLEY PAUL CLAYPOOLE and BRYN KRISTEN CLAYPOOLE, his wife, | : BANKRUPTCY NO. 17-10386TPA |
| Debtors | : THE HON. THOMAS P. AGRESTI |
| | : |
| ASHLEY PAUL CLAYPOOLE and BRYN KRISTEN CLAYPOOLE, his wife, | : CHAPTER 13 |
| Movants | : RELATED TO DOCUMENT NO. 43 |
| | : |
| v. | : |
| | : |
| ACCURIDE; GALLAGHER BASSETT SERVICES; AND RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : |
| Respondents | : |

## CONSENT ORDER

AND NOW, to-wit this 20th day of February, 2018, upon consideration of the Motion to Approve Workers Compensation Settlement filed by the Debtors, Ashley Paul Claypoole and Bryn Kristen Claypoole, his wife, and upon consent of counsel for the Debtors and the Chapter 13 Trustee, it is hereby ORDER, ADJUDGED and DECREED that the Motion is APPROVED.

It is further ORDERED that Bassett Services shall pay $37,000.00 to the Chapter 13 Trustee which shall include the following distributions:

1. The pre-petition arrearages owed to Lakeview Loan Servicing, LLC (Proof of Claim #3) on the mortgage in the amount of $14,479.91.

2. The secured claim of the Commonwealth of Pennsylvania, Department of Labor and Industry (Proof of Claim #8) in the amount of $3,744.80.

3. The priority claim of the Commonwealth of Pennsylvania, Department of Revenue (Proof of Claim #2) in the amount of $816.15.

4. The claim of Erie County Adult Probation (no claim filed) in the amount of $9,500.00.

#1106507

5. The general, unsecured claim filed by National Fuel (Proof of Claim #4) in the amount of $3,440.60.

6. The general, unsecured Proof of Claim filed by Jefferson Capital Systems, LLC (Proof of Claim #5) in the amount of $233.78.

7. The general, unsecured Proof of Claim filed by UPMC Community Medicine (Proof of Claim #6) in the amount of $585.00.

8. The general, unsecured Proof of Claim filed by Direct TV, LLC (Proof of Claim #7) in the amount of $412.80.

9. The general, unsecured Proof of Claim filed by the Commonwealth of Pennsylvania, Department of Revenue (Proof of Claim #2) in the amount of $148.87.

10. The amount of $1,500.00 payable to Michael S. Jan Janin, Esquire and the Quinn Law Firm in connection with the balance due for the "no look fee".

11. The amount of $1,500.00 payable to Michael S. Jan Janin, Esquire and the Quinn Law Firm as reasonable compensation in connection with this Motion to Approve Settlement.

12. The Chapter 13 Trustee's fee in the amount of $1,603.00.

13. Bassett Services shall send a certified check to the Chapter 13 Trustee in the amount of $37,000.00 to the following address:

    Ronda J. Winnecour, Esquire
    P.O. Box 84051
    Chicago, IL 60689-4002

14. The Chapter 13 Trustee shall pay the long term continuing debts through March, 2018.

15. After the Chapter 13 Trustee's office performs an audit, the Debtor agrees to pay additional amounts as necessary in order to complete the Chapter 13 Plan. Any surplus over and above the amount set forth above shall be refunded to the Debtor.

16. The balance of the funds estimated to be in the amount of $138,023.84 shall be paid directly to the Debtor, Ashley Paul Claypoole by Gallagher Bassett Services pursuant to his exemption under 11 U.S.C. §522(d)(11)(E).

17. The Chapter 13 Trustee shall file a Motion to Dismiss 60 days after making the disbursements set forth above.

18. The hearing that had been scheduled for Wednesday, March 7, 2018 at 9:30 a.m. is cancelled.

_____
Honorable Thomas P. Agresti    vas
United States Bankruptcy Judge

#1106507

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

By:  /s/Michael S. JanJanin
     Michael S. Jan Janin, Esq.
     Pa. I.D. No. 38880
     2222 West Grandview Boulevard
     Erie, PA 16506-4508
     Phone:  (814) 833-2222, Ext. 1045
     Phone:  (814) 314-1051 (Direct)
     Fax:  (814) 833-6753
     Email:  mjanjanin@quinnfirm.com
     Attorneys for Debtors, Ashley Paul Claypoole and
     Bryn Kristen Claypoole, his wife


THE OFFICE OF THE CHAPTER 13 TRUSTEE


By:  /s/Jana Pail
     Jana Pail, Esquire
     Suite 3250
     USX Tower
     600 Grant Street
     Pittsburgh, PA 15219
     Phone:  (412)471-5566 Ext. 3143
     ***Email:*** *jpail@chapter13trusteewdpa.com*

#1106507

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-10386-TPA
Ashley Paul Claypoole                                           Chapter 13
Bryn Kirsten Claypoole
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1            Date Rcvd: Feb 20, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db/jdb        +Ashley Paul Claypoole,   Bryn Kirsten Claypoole,   104 Randall Avenue,   Girard, PA 16417-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Ashley Paul Claypoole mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Bryn Kirsten Claypoole mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas I. Puleo    on behalf of Creditor    LakeView Loan Servicing, LLC tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                             TOTAL: 6