Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ashley Paul Claypoole** : | Case No. 17−10386−TPA |
| **Bryn Kirsten Claypoole** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 54 |
| v. : | |
| **No Respondents** : | Hearing Date: 8/16/18 at 12:00 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of June, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 54 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before August 9, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **August 16, 2018 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10386-TPA
Ashley Paul Claypoole                                                   Chapter 13
Bryn Kirsten Claypoole
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: vson                Page 1 of 2                 Date Rcvd: Jun 25, 2018
                                Form ID: 300a             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
```
db/jdb         +Ashley Paul Claypoole,    Bryn Kirsten Claypoole,    104 Randall Avenue,    Girard, PA 16417-1121
14405023       +Attorney General of Pennsylvania,    6th Floor, Manor Complex,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
14405024       +BAC Home Loans,    451 Seventh Street SW,    Washington, DC 20410-0001
14405026       +Bank of America,    2644 Mosside Blvd.,    Suite 105,    Monroeville, PA 15146-3362
14405025       +Bank of America,    101 South Tryon Street,    Charlotte, NC 28255-0001
14405029       +Bank of America,    16001 North Dallas Parkway,    Addison, TX 75001-3311
14405027       +Bank of America,    P.O. Box 619003,    Dallas, TX 75261-9003
14405028       +Bank of America,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
14405030       +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14405032       +Dept. of Labor & Industry-UC Overpayment,    Office of Chief Counsel, 10th Floor,
                 Labor & Industry Bldg.,    651 Boas Street,    Harrisburg, PA 17121-0725
14683819        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14406073       +Elizabeth Dickey,    North Kingsville, OH 44068
14405034       +Erie County Adult Probation,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
14405036       +KML Law Group P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14405037       +Lakeview Loan Servicing,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
14405038       +Lakeview Loan Servicing LLC,    4425 Ponce DeLeon Blvd.,    Mail Shop MS5/251,
                 Coral Gables, FL 33146-1837
14406080        Lisa Deautsch,    Erie, PA
14405040        M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
14405041        Mortgage Electronic Registration,    Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
14405044       +TEK-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14679850        UPMC Community Medicine,    PO Box 1123,    Minneapolis, MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14405033       +E-mail/Text: bknotice@ercbpo.com Jun 26 2018 02:12:50      Enhanced Recovery Co.,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14405035        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 26 2018 02:13:05      Jefferson Capital System,
                 16 Mcleland Road,    St. Cloud, MN 56303
14668063        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 26 2018 02:13:05      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14639533        E-mail/Text: camanagement@mtb.com Jun 26 2018 02:11:51      Lakeview Loan Servicing, LLC,
                 C/O M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
14405039        E-mail/Text: camanagement@mtb.com Jun 26 2018 02:11:51      M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14661624       +E-mail/Text: Bankruptcy@natfuel.com Jun 26 2018 02:12:43      National Fuel,    Attn: Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14405042       +E-mail/Text: Bankruptcies@nragroup.com Jun 26 2018 02:13:55      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14405514       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:17:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14405043        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 02:12:25      Pa. Dept. of Revenue,
                 Dept. 280946,    Harrisburg, PA 17128-0946
14409533        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 02:12:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14409036       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2018 02:17:39      Spot Loan,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14405045       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 26 2018 02:13:24      WebBank/Fingerhut,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Spot Loan by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14406063*      +Attorney General of Pennsylvania,    6th Floor, Manor Complex,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
14406064*      +BAC Home Loans,    451 Seventh Street SW,    Washington, DC 20410-0001
14406067*      +Bank of America,    P.O. Box 619003,    Dallas, TX 75261-9003
14406068*      +Bank of America,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
14406066*      +Bank of America,    2644 Mosside Blvd.,    Suite 105,    Monroeville, PA 15146-3362
14406065*      +Bank of America,    101 South Tryon Street,    Charlotte, NC 28255-0001
14406069*      +Bank of America,    16001 North Dallas Parkway,    Addison, TX 75001-3311
14406070*      +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14406071*      +Core Logic,    450 East Boundary Street,    Chapin, SC 29036-9417
14406072*      +Dept. of Labor & Industry-UC Overpayment,    Office of Chief Counsel, 10th Floor,
                 Labor & Industry Bldg.,    651 Boas Street,    Harrisburg, PA 17121-0725
```

```
District/off: 0315-1           User: vson                   Page 2 of 2                   Date Rcvd: Jun 25, 2018
                               Form ID: 300a                Total Noticed: 33


            ***** BYPASSED RECIPIENTS (continued) *****
14406074*      +Enhanced Recovery Co.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14406075*      +Erie County Adult Probation,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
14406076*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital System,     16 Mceland Road,    St. Cloud, MN 56303)
14406077*      +KML Law Group P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14406078*      +Lakeview Loan Servicing,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
14406079*      +Lakeview Loan Servicing LLC,    4425 Ponce DeLeon Blvd.,    Mail Shop MS5/251,
                 Coral Gables, FL 33146-1837
14406081*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,    P.O. Box 62182,    Baltimore, MD 21264-2182)
14406082*       M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
14406083*       Mortgage Electronic Registration,    Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
14406084*      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14406085*       Pa. Dept. of Revenue,    Dept. 280946,    Harrisburg, PA 17128-0946
14406086*      +TEK-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14406087*      +WebBank/Fingerhut,    6250 Ridgewood Road,    St. Cloud, MN 56303-0820
14405031     ##+Core Logic,    450 East Boundary Street,    Chapin, SC 29036-9417
                                                                                             TOTALS: 1, * 25, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Ashley Paul Claypoole mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Bryn Kirsten Claypoole mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas I. Puleo    on behalf of Creditor    LakeView Loan Servicing, LLC tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                             TOTAL: 6
```