Form 317 (63b–D)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ashley Paul Claypoole** | : | Case No. 17–10386–TPA |
| **Bryn Kirsten Claypoole** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## ORDER

    In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a ***Statement of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a **Certification of Discharge Eligibility**.

    **AND NOW**, this **The 10th of August, 2018**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order**. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor
    All Creditors and Parties in Interest

*Thomas P. Agresti, Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-10386-TPA
Ashley Paul Claypoole                                                           Chapter 13
Bryn Kirsten Claypoole
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: vson                  Page 1 of 2            Date Rcvd: Aug 10, 2018
                                Form ID: 317                Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
```
db/jdb         +Ashley Paul Claypoole,    Bryn Kirsten Claypoole,    104 Randall Avenue,    Girard, PA 16417-1121
14405023       +Attorney General of Pennsylvania,    6th Floor, Manor Complex,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
14405024       +BAC Home Loans,    451 Seventh Street SW,    Washington, DC 20410-0001
14405026       +Bank of America,    2644 Mosside Blvd.,    Suite 105,    Monroeville, PA 15146-3362
14405025       +Bank of America,    101 South Tryon Street,    Charlotte, NC 28255-0001
14405029       +Bank of America,    16001 North Dallas Parkway,    Addison, TX 75001-3311
14405027       +Bank of America,    P.O. Box 619003,    Dallas, TX 75261-9003
14405028       +Bank of America,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
14405030       +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14405032       +Dept. of Labor & Industry-UC Overpayment,    Office of Chief Counsel, 10th Floor,
                 Labor & Industry Bldg.,    651 Boas Street,    Harrisburg, PA 17121-0725
14683819        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14406073       +Elizabeth Dickey,    North Kingsville, OH 44068
14405034       +Erie County Adult Probation,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
14405036       +KML Law Group P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14405037       +Lakeview Loan Servicing,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
14405038       +Lakeview Loan Servicing LLC,    4425 Ponce DeLeon Blvd.,    Mail Shop MS5/251,
                 Coral Gables, FL 33146-1837
14406080        Lisa Deautsch,    Erie, PA
14405040        M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
14405041        Mortgage Electronic Registration,    Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
14405044       +TEK-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14679850        UPMC Community Medicine,    PO Box 1123,    Minneapolis, MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14405033       +E-mail/Text: bknotice@ercbpo.com Aug 11 2018 02:12:44      Enhanced Recovery Co.,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14405035        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 11 2018 02:12:53      Jefferson Capital System,
                 16 Mcleland Road,    St. Cloud, MN 56303
14668063        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 11 2018 02:12:53      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14639533        E-mail/Text: camanagement@mtb.com Aug 11 2018 02:12:06      Lakeview Loan Servicing, LLC,
                 C/O M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
14405039        E-mail/Text: camanagement@mtb.com Aug 11 2018 02:12:06      M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14661624       +E-mail/Text: Bankruptcy@natfuel.com Aug 11 2018 02:12:37      National Fuel,    Attn: Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14405042       +E-mail/Text: Bankruptcies@nragroup.com Aug 11 2018 02:13:27      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14405514       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2018 01:53:53
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14405043        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:12:23      Pa. Dept. of Revenue,
                 Dept. 280946,    Harrisburg, PA 17128-0946
14409533        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:12:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14409036       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2018 02:18:43      Spot Loan,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14405045       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 11 2018 02:13:07      WebBank/Fingerhut,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
                                                                                               TOTAL: 12
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Spot Loan by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14406063*      +Attorney General of Pennsylvania,    6th Floor, Manor Complex,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
14406064*      +BAC Home Loans,    451 Seventh Street SW,    Washington, DC 20410-0001
14406067*      +Bank of America,    P.O. Box 619003,    Dallas, TX 75261-9003
14406068*      +Bank of America,    1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712
14406066*      +Bank of America,    2644 Mosside Blvd.,    Suite 105,    Monroeville, PA 15146-3362
14406065*      +Bank of America,    101 South Tryon Street,    Charlotte, NC 28255-0001
14406069*      +Bank of America,    16001 North Dallas Parkway,    Addison, TX 75001-3311
14406070*      +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14406071*      +Core Logic,    450 East Boundary Street,    Chapin, SC 29036-9417
14406072*      +Dept. of Labor & Industry-UC Overpayment,    Office of Chief Counsel, 10th Floor,
                 Labor & Industry Bldg.,    651 Boas Street,    Harrisburg, PA 17121-0725
```

```
District/off: 0315-1          User: vson                Page 2 of 2             Date Rcvd: Aug 10, 2018
                              Form ID: 317              Total Noticed: 33


          ***** BYPASSED RECIPIENTS (continued) *****
14406074*      +Enhanced Recovery Co.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14406075*      +Erie County Adult Probation,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
14406076*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital System,    16 Mcleland Road,    St. Cloud, MN 56303)
14406077*      +KML Law Group P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14406078*      +Lakeview Loan Servicing,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
14406079*      +Lakeview Loan Servicing LLC,    4425 Ponce DeLeon Blvd.,    Mail Shop MS5/251,
                 Coral Gables, FL 33146-1837
14406081*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    P.O. Box 62182,    Baltimore, MD 21264-2182)
14406082*       M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
14406083*       Mortgage Electronic Registration,    Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
14406084*      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14406085*       Pa. Dept. of Revenue,    Dept. 280946,    Harrisburg, PA 17128-0946
14406086*      +TEK-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14406087*      +WebBank/Fingerhut,    6250 Ridgewood Road,    St. Cloud, MN 56303-0820
14405031     ##+Core Logic,    450 East Boundary Street,    Chapin, SC 29036-9417
                                                                                            TOTALS: 1, * 25, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Ashley Paul Claypoole mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Bryn Kirsten Claypoole mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas I. Puleo    on behalf of Creditor   LakeView Loan Servicing, LLC tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                             TOTAL: 6
```